United States Magistrate Judge Theiler

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT WASHINGTON

| | | |
|---|---|---|
| **SHARON STALEY,** | ) | |
| Plaintiff | ) | No. C09-1424-MAT |
| **v.** | ) | |
| | ) | ORDER |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| Defendant. | ) | |

Pursuant to the parties' agreed motion, it is hereby ordered that the scheduling order in this case be amended so that Plaintiff's reply brief is due on April 27, 2010.

DATED this <u>19th</u> day of April, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

~~PROPOSED~~ ORDER